# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CHAD GARNER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-848

[October 28, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Michael Heisey, Judge; L.T. Case Nos. 472014CF000444, 472014CF000446, 472014CF000548 and 472016CF000067.

Chad Garner, Milton, pro se.

Ashley Moody, Attorney General, Tallahassee, and Kimberly Acuña, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, LEVINE and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***